

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-12-01124-CR

Trial Court Cause
Number:      1243459

Style:      Casey Demon Carmon

     **v** The State of Texas

Date motion filed[*]:      June 17, 2013

Type of motion:      Extension of time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      May 6, 2013

     Number of previous extensions granted:    1

     Date Requested:      August 1, 2013

Ordered that motion is:

     ☒   Granted

         If document is to be filed, document due: _____

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature:  /s/ Laura C. Higley

     ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: June 25, 2013